IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 16-02-M-DLC |
| Plaintiff, | |
| vs. | ORDER |
| BRANDI LYNN DVORAK, | |
| Defendant. | |

This matter comes before the Court on Defendant Dvorak's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). The United States requests an extension of time to respond to the motion due to virus-related logistical issues. The request is reasonable.

Accordingly, IT IS ORDERED that the United States' motion for extension of time (Doc. 53) is GRANTED. It may respond on or before **November 30, 2020.** Dvorak may reply within 14 days after filing of the United States' response.

DATED this 20th day of November, 2020.

Dana L. Christensen, District Judge
United States District Court